MARIA J. VENTIMIGLIA, Respondent, *v.* MINNA EICHNER, as Administratrix of the Estate of DANIEL EICHNER, Deceased, Appellant.

(Submitted March 8, 1915; decided March 16, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 213 N. Y. 147.)